IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB 18 AM 11:58
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO: CR113-266 |
| | ) |
| RODNEY FITZGERALD WELLS | ) |

## ORDER

The defendant, Rodney Fitzgerald Wells, was sentenced on January 22, 2016.

Surety, Tanya Wells, has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by Tanya Wells for this defendant, plus all accrued interest thereon, be returned to: Tanya Wells at 5777 Carriage Hills Drive, Martinez, Georgia 30907.

This 18th day of February, 2016 at Augusta, Georgia.

_____
BRIAN K. EPPS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA